ELIZA A. NICHOLS *vs.* THE CONNECTICUT COMPANY.

Third Judicial District.
Argued April 11th—decided July 19th, 1912.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County and tried to the jury before *Williams, J.,* who directed the jury to return a verdict for the defendant, from the judgment upon which the plaintiff appealed. *Error and new trial ordered.*

*Edmund Zacher* and *William B. Ely,* for the appellant (plaintiff).

*Thomas M. Steele,* for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.